**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

KENNETH A. CARLTON, ET AL.,                          Civil No.  07-1178 MJD/AJB

    Plaintiffs,

v.                                                                              **ORDER OF RECUSAL**

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC., ET AL.,

    Defendants.

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.  Motions currently pending are hereby stricken from the calendar and may be rescheduled before the reassigned Magistrate Judge.

Dated:  February 20, 2007                              s/ Arthur J. Boylan
                                                                              ARTHUR J. BOYLAN
                                                                    United States Magistrate Judge