UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Mirapex Products Liability Litigation | MDL 07-1836 JMR/FLN<br>and Related Cases (See Attached List) |
| | SUPPLEMENTAL NOTICE OF CASE MANAGEMENT CONFERENCE |

TO ALL COUNSEL OF RECORD

A case management conference is scheduled before the undersigned Magistrate Judge on August 14, 2007, at 9:00 a.m. in Chambers 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Counsel have been directed to meet and confer before this conference and be prepared to discuss dates for the progression of the remainder of cases that have been filed since the last Rule 16 pretrial conference was conducted. This supplemental notice is intended to better focus the parties preparation prior to that conference and to narrow the issues to be discussed at the conference.

On June 22, 2007, the Judicial Panel on Multidistrict Litigation ("Panel") consolidated and transferred Mirapex Product Liability cases to this Court. At the time of consideration by the Panel, 58 actions were pending nationwide, 54 of which were already pending before this Court. The Transfer Order [#1] directed that the four cases not before this Court be transferred for "coordinated or consolidated pretrial proceedings with the actions pending in [this Court]." In the Transfer Order [#1], the Panel concluded that this Court is the proper transferee forum "because i) [this Court] has the most advanced of the 58 actions; ii) the judge there has had an opportunity to become familiar with the litigation; and iii) Minneapolis is easily accessible."

In addition to the 58 cases expressly addressed in the Transfer Order [#1], the Panel noted that it had been made aware of over 50 related actions to be treated, along with any other related actions, as "potential tag-along actions," under Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. As of August 1, 2007, this Court counts no fewer than 147 cases which have been designated as "member cases" under the lead case, In Re: Mirapex Products Liability Litigation, 07-md-1836. There appear to be 68 other cases designated by the clerk as "related" to one of the member cases, Selinsky, 06-cv-873.[1]

Prior to the consolidation and transfer by the Panel, this Court had issued Pre-Trial Scheduling Orders in three groups of approximately fifteen cases per group. The three Pre-Trial Scheduling Orders [06-cv-873, #23; 06-cv-2546, #56; 06-cv-3778, #21] have the first group scheduled to be ready for trial in March 2008, the second group scheduled to be ready for trial in July 2008, and the third group scheduled to be ready for trial in January 2009. The Amended Pretrial Schedule for the first group of cases [06-cv-873, #25 as clarified by Order of September 7, 2006, #45] set forth limitations for discovery that have been adopted in the subsequent scheduling orders.

Prior to the case management conference, the parties shall meet, discuss and attempt to reach agreement on the following agenda items:

1.  What impact, if any, the Multidistrict Litigation Transfer Order has on the manner in which the Court has managed the cases already in progress before this Court;

2.  Whether any or all of the documents previously filed in the Minnesota cases should be filed under the instant MDL number;

3.  The likelihood that more cases will be transferred from other districts in the future or filed

---

[1] These 68 cases appear to be the "more than 50 related actions" referred to in the Transfer Order [#1]. It appears that these cases were filed while the Panel had this matter under advisement.

        in the future in this district; if so, how many;

4.     Whether the current pretrial management plan of staggering cases in groupings should continue for all current and future filed Mirapex cases or whether the Court should adopt a different pretrial management technique;

5.     The nature of the trial proceedings in the Mirapex cases; for example, whether there are issues common to all of the cases that should be tried separately from other issues that are not common to all cases; whether there are representative cases that should be selected for trial to enable the parties to evaluate whether remaining cases should be settled or tried; or whether some other trial technique should be employed to achieve a just, speedy and inexpensive determination of these cases;

6.     The organization of counsel.  Each side should be prepared to submit to the Court at the conference a proposed Order designating lead and liaison counsel and outlining the responsibilities of each, as well as establishing any leadership committees that counsel conclude would facilitate the just, speedy and inexpensive determination of these actions.  If counsel are not able to agree among themselves, the competing factions should submit their respective proposals to the Court, which will thereafter issue an order regarding the organization of counsel;

7.     Any other matter counsel conclude should be brought to the attention of the Court to facilitate the just, speedy and inexpensive determination of these actions.

DATE: August 2, 2007.                                 *s/ Franklin L. Noel*
                                                                               FRANKLIN L. NOEL
                                                                               United States Magistrate Judge

Cases with pretrial schedule:

| | |
|---|---|
| Selinsky | 06-873 |
| Zwayer | 06-874 |
| Dubaich | 06-875 |
| Nelson | 06-876 |
| Webb | 06-898 |
| Harms | 06-899 |
| Estep | 06-900 |
| Conway | 06-901 |
| Scharpen | 06-1206 |
| Charbonneau | 06-1215 |
| Cain | 06-1582 |
| Quintela | 06-1675 |
| Fayard | 06-2144 |
| Dodd | 06-2145 |
| Averitt | 06-2194 |
| Courtney | 06-2546 |
| Bloom | 06-2577 |
| Anderson | 06-2578 |
| Frye | 06-2662 |
| Harris | 06-3009 |
| Hayward | 06-3180 |
| Neal | 06-3182 |
| Bronson | 06-3254 |
| Seaman | 06-3255 |
| Vingers | 06-3284 |
| Conejo | 06-3519 |
| Erickson | 06-3526 |
| Kite | 06-3527 |
| Wagner | 06-3537 |
| Haughey | 06-3539 |
| Rush | 06-3544 |
| Milam | 06-3778 |
| Kanuch | 06-3839 |

| | |
|---|---|
| Berger | 06-4358 |
| Mayer | 06-4366 |
| King | 06-4502 |
| Konrad | 06-4699 |
| Purser | 06-4783 |
| Goldman | 06-4784 |
| Holmes | 06-4785 |
| Saracco | 06-4827 |
| Stutz | 06-4828 |
| Deleo | 06-4869 |
| Markel | 06-4871 |
| Shows | 06-4949 |
| Glancy | 06-5123 |

Cases without pretrial schedule:

| | |
|---|---|
| Celorie | 06-4868 |
| Chamberlain | 06-4870 |
| Pearce | 06-4944 |
| Michels | 06-4945 |
| Emery | 06-4946 |
| Brown | 06-4947 |
| Gage | 06-4948 |
| Lee | 07-39 |
| Buckstein | 07-591 |
| LaBella | 07-592 |
| Berlow | 07-655 |
| Newton | 07-656 |
| Campanale | 07-658 |
| Amavisca | 07-845 |
| McKinney | 07-846 |
| deBrito | 07-847 |
| Maisch | 07-886 |
| Smith | 07-888 |
| Kozielecki | 07-890 |
| Hearn | 07-973 |

| | |
|---|---|
| Carroll | 07-974 |
| Gray | 07-975 |
| Telebar | 07-1073 |
| Chandler | 07-1074 |
| Walker | 07-1075 |
| Fleischman | 07-1076 |
| Wheeling | 07-1144 |
| McKee | 07-1145 |
| Manson | 07-1146 |
| Ham | 07-1176 |
| Storey | 07-1177 |
| Carlton | 07-1178 |
| Maras | 07-1179 |
| Schnaser | 07-1293 |
| Thurston | 07-1294 |
| Rohman | 07-1305 |
| Camacho | 07-1646 |
| Hanson | 07-1647 |
| Lungo | 07-1664 |
| Corsaro | 07-1665 |
| Warren | 07-1666 |
| Munn | 07-1669 |
| Kiesz | 07-1670 |
| Rosenwinkel | 07-1671 |
| McKee | 07-1694 |
| Hosford | 07-1695 |
| Bensinger | 07-1696 |
| Leiberman | 07-1697 |
| McIntyre | 07-1698 |
| Nelson | 07-1704 |
| Vastano | 07-1705 |
| Nickla | 07-1706 |
| Nichols | 07-1992 |
| Mace | 07-1993 |
| Davis | 07-1994 |

| | |
|---|---|
| Allen | 07-2125 |
| Ovalles | 07-2126 |
| Hayes | 07-2127 |
| Otto | 07-2128 |
| Bigelow | 07-2321 |
| Nardacci | 07-2474 |
| Pentima | 07-2475 |
| Phillips | 07-2476 |
| Cunningham | 07-2516 |
| Pachuta | 07-2517 |
| Morinelli | 07-2518 |
| | |
| Rosenstine | 07-2519 |
| Samuels | 07-2520 |
| Allen | 07-2684 |
| Lamb | 07-2727 |
| Preston | 07-2728 |
| Mulvihill | 07-2729 |
| Iberg | 07-2730 |
| Elrod | 07-2731 |
| Casarez | 07-2732 |
| Centeno | 07-2733 |
| Losh | 07-2942 |
| Link | 07-2949 |
| Polk | 07-2950 |
| Davis | 07-2968 |
| Willhite | 07-3023 |
| English | 07-3026 |
| Hoole | 07-3027 |
| Rodriguez | 07-3034 |
| Schropp | 07-3035 |
| Kurzawinski | 07-3055 |
| Welch | 07-3056 |
| Hoeppner | 07-3057 |
| Risi | 07-3058 |

| | |
|---|---|
| Veverka | 07-3059 |
| Kennedy | 07-3060 |
| Enders | 07-3061 |
| Chavel | 07-3062 |
| Debaud | 07-3063 |
| Augustine | 07-3064 |
| Randles | 07-3065 |
| Flagg | 07-3066 |
| Patrick | 07-3067 |
| Auger | 07-3068 |
| Bottiglieri | 07-3077 |
| Livingston | 07-3078 |
| Jackson | 07-3080 |
| Andresen | 07-3082 |
| Shafer | 07-3093 |
| Klevan | 07-3094 |
| Jennings | 07-3095 |
| Konen | 07-3096 |
| Lucarell | 07-3097 |
| Lazevnick | 07-3098 |
| Summey | 07-3099 |
| Braun | 07-3100 |
| Palmer | 07-3101 |
| Bische | 07-3102 |
| Modafferi | 07-3103 |
| Steckel | 07-3104 |
| Coates | 07-3105 |
| Glascow | 07-3106 |
| Gray | 07-3107 |
| Manjarres | 07-3108 |
| Merritt | 07-3109 |
| Orrantia | 07-3110 |
| Mills | 07-3111 |
| Trahan | 07-3113 |
| Paolella | 07-3114 |

| | |
|---|---|
| Weaver | 07-3115 |
| Williams | 07-3116 |
| Witte | 07-3117 |
| Jones | 07-3118 |
| Edmundson | 07-3123 |
| Martin | 07-3124 |
| Gilliam | 07-3125 |
| Modica | 07-3126 |
| Vickers | 07-3127 |
| Frisina | 07-3128 |
| Jiminez | 07-3129 |
| Reade | 07-3131 |
| Patterson | 07-3143 |
| Hyter | 07-3144 |
| Still | 07-3145 |
| Staples | 07-3146 |
| Ankiewicz | 07-3147 |
| Davis | 07-3148 |
| Brinkley | 07-3149 |
| Buenaseda | 07-3150 |
| Mansfield | 07-3151 |
| Tapscott | 07-3152 |
| Roberts | 07-3166 |
| Grubidt | 07-3167 |
| Bradshaw | 07-3168 |
| Emerson | 07-3183 |
| Baldwin | 07-3256 |
| Bedrossian | 07-3257 |
| Macabuhay | 07-3258 |
| Versluis | 07-3259 |
| Gibson | 07-3260 |
| Gibson | 07-3261 |
| Russo | 07-3262 |
| Semer | 07-3263 |
| Kessler | 07-3264 |

| | |
|---|---|
| Simmons | 07-3267 |
| Smith | 07-3284 |
| Sutton | 07-3285 |
| Spangler | 07-3286 |
| Jaeger | 07-3287 |
| Plummer | 07-3288 |
| Cruce | 07-3289 |
| Felber | 07-3290 |
| Hauss | 07-3543 |
| Downing | 07-3544 |
| Sturm | 07-3545 |
| Barrido | 07-3546 |
| Hahn | 07-3547 |